AO 245D     Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JERRA CARTER | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 7:19-CR-00057-WLS-TQL(6)<br>USM No. 01526-120<br><br>RICK DANIEL COLLUM<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1 through 6    of the term of supervision.

☐ was found in violation of condition(s)            after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 3, 5 | Failed to report to probation | 05/11/2023 |
| 2 | Failed to attend substance abuse treatment | 04/20/2023 |
| 4 & 6 | Failed to submit to urinalysis | 05/11/2023 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)        and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    3514

Defendant's Year of Birth:   1999

City and State of Defendant's Residence:
Moultrie, Georgia

October 26, 2023
Date of Imposition of Judgment

/s/ W. Louis Sands
Signature of Judge

W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

11/06/23
Date

AO 245D   Judgment in a Criminal Case for Revocations
Rev. 12/19)   Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: JERRA CARTER
CASE NUMBER: 7:19-CR-00057-WLS-TQL(6)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months. No Supervised Release to follow imprisonment.

It is the Defendant's responsibility to immediately pay the unpaid balance of $7,599.36 to Southwest Georgia Bank and Ameris Bank through the U.S. District Court Clerk's Office. The court gives notice that this case involves other defendants who may be held jointly and severally liable for restitution.

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL